### Commonwealth ex rel. Chandler, Appellant, *v.* Myers.

Submitted December 13, 1965. *Bernard Chandler,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Colyer, Appellant, *v.* Russell.

Submitted December 13, 1965. *Lester T. Colyer, Jr.,* appellant, in propria persona; *John A. Harris,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Cousins, Appellant, *v.* Myers.

Submitted December 13, 1965. *Roy Cousins,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.